**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6205**

KELVIN GOULD,

Petitioner - Appellant,

v.

CITY OF NE; JEFFREY COLE ROUNTREE, Attorney; TYRONE C. JOHNSON, Attorney; ARTISHA K. TODD, Assistant Commonwealth's Attorney,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (2:09-cv-00571-JBF-JEB)

Submitted: July 22, 2010       Decided: July 30, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kelvin Gould, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Gould seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. In his petition, Gould claimed that he had been in custody for three years awaiting trial on several charges and his continued detention pending resolution of those charges entitled him to habeas relief. Gould was convicted of the state charges while this appeal was pending. Therefore, we dismiss the appeal as moot. We also deny all of Gould's pending motions including: the motion for transcripts at government expense; the motion to withdraw/relieve/substitute counsel; the motion for appeal of final judgment; and the motion for "Faretta" hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED